IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORINDA BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:10CV58** |
| v. | ) | |
| | ) | **ORDER** |
| **ESQUIRE PLAZA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on August 2, 2010, by counsel for the parties (Filing No. 19),

**IT IS ORDERED that:**

1. **On or before September 2, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The deadline for the parties Rule 26(f) report and the defendant's Motion Requesting Lincoln, Nebraska as the Place of Trial (Filing No. 14) are terminated upon the representation that this case is settled.

DATED this 3rd day of August, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge